**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 10, 2014.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 12-53510-a998 |
| § | | |
| GREGORY J. MEFFERT, § | | (Chapter 7) |
| § | | |
| Debtor. § | | |

| | | |
|---|---|---|
| § | | |
| ACTIVE SOLUTIONS, L.L.C. and § | | |
| SOUTHERN ELECTRONICS SUPPLY, INC. § | | |
| § | | |
| Plaintiffs § | | |
| § | | |
| vs. § | | Adv. Proc. No. 13-05016-a998 |
| § | | |
| GREGORY J. MEFFERT § | | |
| § | | |
| Defendant § | | |

## JUDGMENT

Before the Court is the Complaint Objecting to Dischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(2), (a)(4), (a)(6), and (a)(13)/(a)(7) and the above-captioned adversary proceeding filed by Plaintiffs Active Solutions, L.L.C. and Southern Electronics Supply, Inc.

against Gregory J. Meffert. The Court held trial on the merits in this matter on February 11, 2014, and took the matter under advisement. The Court announced its ruling and set forth oral findings of fact and conclusions of law in open court on March 26, 2014 in accordance with Federal Rule of Bankruptcy Procedure 7052, incorporating Federal Rule of Civil Procedure 52(a). Based on those findings and conclusions, the Court now enters the following judgment.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT that under 11 U.S.C. § 523(a)(6), the following debt is excepted from the discharge of Gregory J. Meffert and is nondischargeable under 11 U.S.C. § 523(a)(6): the debt of Gregory J. Meffert to Active Solutions, L.L.C. and Southern Electronics Supply, Inc. in the amount of $1,960,000.00 plus statutory interest pursuant to La. R.S. 13:4203 and other law, under the Final Judgment entered on April 7, 2010 by the Civil District Court for the Parish of Orleans, State of Louisiana, in the case encaptioned *Active Solutions, L.L.C. et al. v. Dell, Inc., et al.,* Case No. 2007-3665, Division "B-15" (Civil District Court for the Parish of Orleans, State of Louisiana); and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT this is a final judgment; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT all other relief not specifically granted herein is denied; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT this all parties are responsible for their own costs in this matter.

# # #